1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHARLES FRENCH,                              No.  2:18-cv-2191-KJM-KJN

12                  Plaintiff,                    ORDER

13          v.

14   COMMISSIONER OF SOCIAL
     SECURITY,
15
                    Defendant.
16

17          On October 26, 2020 the magistrate judge filed findings and recommendations (ECF

18   No. 21), which were served on the parties and which contained notice that any objections to the

19   findings and recommendations were to be filed within ten (10) days.  On November 9, 2020, the

20   Commissioner filed objections to the findings and recommendations (ECF No. 22), to which

21   plaintiff responded (ECF No. 23).  The court has carefully considered the parties' filings.

22          In light of the filings and in accordance with the provisions of 28 U.S.C. § 636(b)(1)(C)

23   and Local Rule 304, this court also has conducted a *de novo* review of this case.  Having

24   reviewed the file, and pertinent portions of the record, the court finds the findings and

25   recommendations to be supported by the record and by the proper analysis.  In particular, the

26   court has reviewed the applicable legal standards and, good cause appearing, concludes it is

27   appropriate to adopt the findings and recommendations as presented in full.

28   /////

The court clarifies that in remanding the matter for further administrative proceedings the Administrative Law Judge (ALJ) will have the opportunity to consider all information now available on plaintiff's right foot mass, including whatever information has come to light since the ALJ's previous decision. *Cf. Clem v. Sullivan*, 894 F.2d 328, 332 (9th Cir. 1990) (A claimant may seek remand if "there is new evidence which is material, and [ ] there is good cause for the failure to incorporate such evidence into the record in a prior proceeding." (quoting 42 U.S.C. § 405(g)). Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations ECF No. 21, are ADOPTED IN FULL;

2. The Commissioner's motion for summary judgment (ECF No. 15) is DENIED;

3. Plaintiff's motion for summary judgment (ECF No. 14) is GRANTED IN PART;

4. This matter is REMANDED for further administrative proceedings; and

5. The Clerk is directed to enter judgment in plaintiff's favor and close the case.

DATED:  September 29, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE